IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

THE BANK OF NEW YORK MELLON,

     Plaintiff,

v.                                             Adversary Case No. 19-1020

251 GOTHAM LLC,

     Defendant.

### ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE

The court hereby orders as follows: Any response to the motion for leave to file second amended complaint (doc. 15) is due fourteen days from the date of this order.  Any reply thereto is due seven days from the date the response is filed.

Dated:  July 8, 2019

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE