UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATION OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-J2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-J2,<br><br>Plaintiff,<br><br>v.<br><br>251 GOTHAM LLC<br><br>Defendant(s) | CASE#: 19-01020<br><br>ORDER |

Upon reading and filing of the motion of ANDREAS EURIPIDES CHRISTOU of the law firm Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP, pursuant to S.D.ALA. GenLR 83.3(d), for admission *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant 251 GOTHAM LLC ("Defendant") in the above-captioned cause dated July 2, 2019, it is

ORDERED the motion is granted.

ORDERED ANDREAS EURIPIDES CHRISTOU, ESQ. is hereby admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Defendant.

Dated: July 10, 2019

/s/ Henry A. Callaway
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE