# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

**In Re:**
    **Debtor(s)**

**Case No.** –HAC –

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATION OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007–J2, MORTGAGE PASS–THROUGH CERTIFICATES, SERIES 2007–J2

    **Plaintiff(s)**

**Adv. Proc. No.** 19–01020

**v.**

251 GOTHAM LLC, KATHY LAFORTUNE and JAMES F. PADILLA

    **Defendant(s)**

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
Stephen J. Humeniuk – Locke Lord LLP 600 Congress Avenue Suite 2200 Austin, TX 78701

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** January 24, 2020   **Time:** 09:00 a.m.   **Location:** Courtroom 2

**Address:** United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602
**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**.



*Andrea D. Redmon*
**ANDREA REDMON**
**CLERK, U.S. BANKRUPTCY COURT**

Date of Issuance: 8/6/19

Deputy Clerk Initials
AJ