IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

THE BANK OF NEW YORK MELLON,

    Plaintiff,

v.                                           Adversary Case No. 19-1020

251 GOTHAM LLC,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FILED BY KATHY LAFORTUNE

The court hereby orders as follows: Any response to the motion to dismiss (doc. 29) filed by Kathy LaFortune is due by September 6, 2019 and any reply thereto is due by September 13, 2019. The court at this point intends to take the matter under submission without oral argument.

Dated: August 26, 2019

                                                    HENRY A. CALLAWAY
                                                    CHIEF U.S. BANKRUPTCY JUDGE