# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

**In Re:**
   **Debtor(s)**

Case No. IIAC

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATION OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-J2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-J2,

   **Plaintiff(s)**

Adv. Proc. No. 19-01020

v.

251 GOTHAM LLC, KATHY LAFORTUNE, JAMES F. PADILLA,

   **Defendant(s)**

## ALIAS SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
Stephen J. Humeniuk Locke Lord LLP, 600 Congress Avenue, Suite 2200, Austin, TX 78701

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** January 24, 2020    **Time:** 9:00 a.m.    **Location:** Courtroom 2

**Address:** United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Andrea D. Redmon*
**ANDREA REDMON**
**CLERK, U.S. BANKRUPTCY COURT**

Date of Issuance: 8/27/19

## CERTIFICATE OF SERVICE

I, _Charity N. Coleman_, certify that service of this summons and a copy of the complaint was made on _08-28-2019_ by:

☒ Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

_Kathy Lafortune_
_217 S. Fillmore Street_
_Beverly Hills, Fl 34465_

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_09-03-2019_                          _Charity N. Coleman_
Date                                   Signature

Print Name: _Charity N. Coleman_
Business Address: _5470 Lyndon B Johnson Frwy_
City: _Dallas_   State: _Texas_   Zip: _75240_